

# JAMES GREENBERG, P.C.
### 240 Kent Avenue, Suite B13
### Brooklyn, New York 11249

James K. Greenberg, Esq.  
Email: jim@jamesgreenberglaw.com

Ran Mukherjee, Esq.  
Email: ran@jamesgreenberglaw.com

(212)545-7337 *main line*  
(917)262-0745 *direct dial*  
(917)591-4999 *e-fax*

April 5, 2024

United States District Judge Dale E. Ho  
U.S. District Court Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re.: Stephen S. Tu v. GEICO Insurance Company  
Docket No. 24-cv-00763-(DEH)

Hon. Judge Ho:

This law firm represents Plaintiff Stephen S. Tu in this newly commenced action. We write regarding the initial pretrial conference with the Court currently scheduled for April 16, 2024, as well as the April 9, 2024, deadline to file a joint letter and a proposed Civil Case Management Plan and Scheduling Order.

There was an error in our initial filing that has been recently corrected and an amended complaint has been filed.and a new summons has been requested. Service has not yet been effectuated on the defendant and so issue has not been joined.

We hereby respectfully request an adjournment of the conference and other deadlines so that we may serve the defendant with the amended summons and complaint.

Respectfully yours,

James K. Greenberg

Application **GRANTED**.

The initial pretrial conference scheduled for April 16, 2024 at 11:00 a.m. ET is **ADJOURNED** to **May 7, 2024 at 10:30 a.m. ET**. The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 590 528 81, followed by the pound (#) sign.

The Clerk of Court is respectfully requested to close ECF No. 7.

SO ORDERED.

Dale E. Ho  
United States District Judge  
Dated: April 8, 2024  
New York, New York