UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN S. TU,

                      Plaintiff,

               v.

GEICO INSURANCE COMPANY,

                    Defendant.

24 Civ. 763 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

An order issued on February 5, 2024 scheduled an initial pretrial conference on April 16, 2024 and required the parties to file a joint status letter and proposed case management plan by April 9, 2024.  *See* ECF No. 3.  On April 8, 2024, Plaintiff filed a letter asking the Court to adjourn the conference.  An order issued on April 8, 2024, adjourned the initial pretrial conference to May 7, 2024.  *See* ECF No. 8.

It is hereby **ORDERED** that, if Plaintiff has been in contact with Geico Insurance Company, parties shall file the required joint status letter and proposed case management plan as soon as possible and no later than **May 3, 2024.**  Alternatively, Plaintiff shall file a letter on ECF by **May 3, 2024,** describing their efforts to serve and provide actual notice of this lawsuit to Geico Insurance Company.  Such letter may seek further adjournment of the initial pretrial conference.

SO ORDERED.

Dated: May 1, 2024
      New York, New York

DALE E. HO
United States District Judge