

# JAMES GREENBERG, P.C.
## 240 Kent Avenue, Suite B13
## Brooklyn, New York 11249

James K. Greenberg, Esq.
Email: jim@jamesgreenberglaw.com

Ran Mukherjee, Esq.
Email: ran@jamesgreenberglaw.com

(212) 545-7337 *main line*
(917) 262-0745 *direct dial*
(917) 591-4999 *e-fax*

May 6, 2024

**<u>Via ECF</u>**
United States District Judge Dale E. Ho
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

        **Re:**    ***Stephen S. Tu v. GEICO Insurance Company***

              **Docket No. 24-cv-00763-(DEH)**

Honorable Judge Ho:

       This law firm represents Plaintiff Stephen S. Tu.  We write to request a one-month adjournment to June 4, 2024, of the initial conference currently scheduled for May 7, 2024.  In the alternative, Plaintiff is also available June 5 or 6, 2024.  One previous request for adjournment was made because Plaintiff had to correct filing errors before serving the Defendant; that request was granted.

     The reason for this second request is that Defendant has still not appeared.  On April 15, 2024, Plaintiff served the Summons & Complaint in this matter (with Notice of Lawsuit, Request to Waive Service of Summons, and Waiver of Service of Summons) on Defendant GEICO via Certified mail/ Return receipt and first-class mail.  As Defendant has not appeared, we have not been able to seek its consent to this request.

Application **GRANTED**.

The initial pretrial conference scheduled for May 7, 2024 at 10:30 a.m. ET is ADJOURNED to **June 11, 2024, at 10:00 a.m. ET**.  By **June 4, 2024**, the parties are required to file a joint status letter and proposed case management plan.  *See* ECF No. 3.  The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 509 288 706, followed by the pound (#) sign.

It is further ORDERED that Plaintiffs serve Defendants via certified mail with a copy of this Order and file proof of such service on the docket by **May 10, 2024**.

The Clerk of Court is respectfully requested to close ECF No. 14.

SO ORDERED.

Dale E. Ho
United States District Judge
Dateed: May 6, 2024
New York, New York