UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN S. TU,<br><br>       Plaintiff,<br><br>  v.<br><br>GEICO INSURANCE COMPANY,<br><br>       Defendant. | 24-CV-763 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  On June 25, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **July 2, 204,** at **12:00 p.m. EST**. In the proposed case management plan and scheduling order, the parties indicated that they consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c).

  If all parties consent, by **June 28, 2024,** the parties shall submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.

  SO ORDERED.

Dated: June 26, 2024
   New York, New York

                         DALE E. HO
                      United States District Judge