```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  9/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STEPHEN S. TU,

                Plaintiff,                      24-CV-00763 (SN)

    -against-                                  ORDER

GEICO INSURANCE COMPANY,

                Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On July 15, 2024, the parties appeared for an Initial Pretrial Conference. Subsequently, a Civil Case Management Plan & Scheduling Order was issued on July 16, 2024. ECF No. 30. According to the scheduling order, a joint letter informing the Court about the status of discovery was to be filed with the Court by September 13, 2024. No joint status letter has been filed. The parties are ordered to file a joint status letter by Tuesday, September 24, 2024.

**SO ORDERED.**

                                                                             SARAH NETBURN
                                                                             United States Magistrate Judge

DATED:     September 17, 2024
                New York, New York