USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/26/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STEPHEN S. TU,

                **Plaintiff,**

      -against-

GEICO INSURANCE COMPANY,

                **Defendant.**

-----------------------------------------------------------------X

24-CV-00763 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    Expert discovery in this case closed on January 31, 2025, and any motion for summary judgment was due on February 28, 2025. ECF No. 30. On March 10, 2025, Plaintiff's counsel filed an anticipatory letter motion to deny any extension of these deadlines that Defendant might file. ECF No. 37. Two days later, Defendant filed a request to extend the expert discovery deadline. ECF No. 38. Defendant's counsel requested "a short adjournment" but requested no specific date. At that point, 40 days had passed since the close of expert discovery.

    Notwithstanding these delays, the Court convened a conference on March 18, 2025, and permitted the parties to file a proposed schedule within 48 hours. Nearly a week has passed since that deadline, and the parties have not filed any application. Accordingly, expert discovery is closed. The deadline to file any motion for summary judgment has passed. By separate order, the Court shall set deadlines for pretrial filings and trial.

**SO ORDERED.**

_/s/ Sarah Netburn_
SARAH NETBURN
United States Magistrate Judge

DATED:    March 26, 2025
                New York, New York