UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STEPHEN S. TU,

                Plaintiff,

    -against-

GEICO INSURANCE COMPANY,

                Defendant.

------------------------------------------------------------X

24-CV-00763 (SN)

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

    On June 9, 2025, the parties filed a stipulation of discontinuance. Accordingly, it is ORDERED that this action is dismissed, provided, however, that within 30 days of this Order, counsel for the plaintiff may apply by letter to restore this action to this Court's calendar, in which event the action will be restored. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 16, 2025
               New York, New York